# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------------X
PATRICIA RIVERS,

                                           Index No.:707629.2021

                             Plaintiff,

              -against-

DICK'S SPORTING GOODS, INC. and UNIFIRST
CORPORATION,

                            Defendant.    c/o CSC
-----------------------------------------------------------------------X

## NOTICE OF ELECTRONIC FILING
(Uniform Rule 202.5-bb)

You have received this Notice because the Plaintiff, Patricia Rivers, has filed this case using

the New York State Courts E-Filing System (NYSCEF) and you are a defendant in

this case or a party to a related case. The following documents are hereby served upon you by

electronic filing: Plaintiff's Supplemental Summons & Amended Verified Complaint

Dated: Scarsdale, New York
      April 5, 2021

                              RANDAZZO & GIFFORDS, PC.

              By:    Joyce Randazzo
                              *Attorneys for Plaintiff*
                              700 White Plains Road, Suite 381
                              Scarsdale, New York 10583
                              914-821-6900
                              jrandazzo@rgpclaw.com

To:    **DICK'S SPORTING GOODS, INC.**
        c/o CORPORATION SERVICE COMPANY
        80 State Street
        Albany, New York 12207

        **UNIFIRST CORPORATION**
        c/o THE PRENTISS-HALL CORPORATION SYSTEM, INC.
        80 State Street
        Albany, New York 12207

FILED: QUEENS COUNTY CLERK 04/02/2021 10:32 AM
NYSCEF DOC. NO. 3

INDEX NO. 707629/2021
RECEIVED NYSCEF: 04/02/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

----------------------------------------------------------------X    Index No: 707629/2021
PATRICIA RIVERS,

                                               Plaintiff,    **SUPPLEMENTAL**
                                                             **SUMMONS**

                         -against-

                                                             Plaintiff(s) Designate(s)
DICK'S SPORTING GOODS, INC. and UNIFIRST                     Queens
CORPORATION,                                                 County as the Place of trial

                                              Defendant.    The basis of venue is
----------------------------------------------------------------X    Plaintiff's residence

To the above-named Defendant:

        **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve
a copy of your Answer on the Plaintiff attorneys within twenty (20) days after the service of this
Summons, exclusive of the day of service (or within 30 days after the service is complete, if this
Summons is not personally delivered to you within the State of New York). In case of your failure
to appear or answer, Judgment will be taken against you by default for the relief demanded in the
Complaint.

Dated: Scarsdale, New York
        April 2, 2021

                                                    **RANDAZZO & GIFFORDS, P.C.**

                                                    By: Joyce Randazzo
                                                    Attorneys for Plaintiff(s)
                                                    700 White Plains Road, Suite 381
                                                    Scarsdale, New York 10583
                                                    914-821-6900

DEFENDANTS' ADDRESSES:

**DICK'S SPORTING GOODS, INC.**
c/o CORPORATION SERVICE COMPANY
80 State Street
Albany, New York 12207

**UNIFIRST CORPORATION**
c/o THE PRENTISS-HALL CORPORATION SYSTEM, INC.
80 State Street
Albany, New York 12207

FILED: QUEENS COUNTY CLERK 04/02/2021 10:32 AM
NYSCEF DOC. NO. 4

INDEX NO. 707629/2021
RECEIVED NYSCEF: 04/02/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

———————————————————————X   Index No.: 707629/2021
PATRICIA RIVERS,

                                   Plaintiff,

          -against-                                    **AMENDED VERIFIED
                                                       COMPLAINT**

DICK'S SPORTING GOODS, INC. and UNIFIRST
CORPORATION,

                                   Defendants.
———————————————————————X

Plaintiff, by her attorneys, **RANDAZZO & GIFFORDS, P.C.**, complaining of

the defendants, alleges as follows upon information and belief:

1.    That at all times hereinafter mentioned, the plaintiff was a resident of

Queens County, City and State of New York residing at 116-11 126th Street, South Ozone

Park, New York

2.    That at all times hereinafter mentioned, the defendant, DICK'S

SPORTING GOODS, INC (hereinafter referred to as "Dick's") was a foreign corporation

duly authorized to do business in the State of New York.

3.    That at all times hereinafter mentioned, defendant, DICK'S, was doing

business as Dick's Sporting Goods in the State of New York

4.    That at all times hereinafter mentioned, defendant, DICK's, leased

premises located at Roosevelt Field Mall, with a street address commonly known as 630

Old Country Road, Garden City, NY 11530.

5.    That at all times hereinafter mentioned, defendant, DICK's, operated the

aforesaid premises located at Roosevelt Field Mall.

1

FILED: QUEENS COUNTY CLERK 04/02/2021 10:32 AM          INDEX NO. 707629/2021

NYSCEF DOC. NO. 4                                          RECEIVED NYSCEF: 04/02/2021

6.      That at all times hereinafter mentioned, defendant, DICK's, managed said premises located at Roosevelt Field Mall.

7.      That at all times hereinafter mentioned, defendant, DICK's, controlled said premises located at Roosevelt Field Mall.

8.      That at all times hereinafter mentioned, defendant, DICK's, maintained said premises located at Roosevelt Field Mall.

9.      That at all times hereinafter mentioned, the aforesaid premises were open to members of the public, including the plaintiff herein.

10.     That at all times hereinafter mentioned, defendant DICK's invited members of the public to enter its premises for its business purposes.

11.     That at all times hereinafter mentioned, defendant, UNIFIRST CORPORATION, (hereinafter referred to as "UNIFIRST"), was a foreign corporation authorized to do business in New York State.

12.     That at all times hereinafter mentioned, defendant, UNIFIRST, engaged in the business of providing facilities services including floorcare to DICK's.

13.     That at all times hereinafter mentioned, defendant, UNIFIRST, and defendant DICK's entered into a contract wherein UNIFIRST, for a fee, agreed to provide floor mats and runners to defendant, DICK'S at the aforesaid location.

14.     That at all times hereinafter mentioned, defendant, UNIFIRST, and defendant DICK's entered into a contract wherein UNIFIRST, for a fee, agreed to maintain floor mats and runners for defendant, DICK'S at the aforesaid location.

2

FILED: QUEENS COUNTY CLERK 04/02/2021 10:32 AM
NYSGEF DOC. NO. 4

INDEX NO. 707629/2021
RECEIVED NYSCEF: 04/02/2021

15.     That on or about December 26, 2021, while the plaintiff, PATRICIA RIVERS, was lawfully at the aforesaid premises, as a result of the negligence of the defendants, by their servants, agents, and/or employees, she was caused to trip and fall on a portion of entrance matting and runners at said premises, and to sustain serious personal injuries, without any negligence on her part contributing thereto.

16.     The negligence of the defendants, by their servants, agents, and/or employees consisted of failing to properly select, install, place, inspect, construct, maintain, and/or keep in good repair the matting and or runners at said premises; in breaching its non-delegable duty to persons on its premises to keep said matting and or runners in a reasonably safe condition and in good repair; in causing and permitting the matting and or runners to be in an unsafe and dangerous condition to persons thereat; in permitting a trap and/or dangerous condition and/or hazard thereat; in creating and/or permitting to exist a hazardous condition with notice and/or knowledge thereof; in failing to inspect and properly maintain said matting and runners; in failing to maintain said matting and runners with knowledge and/or notice that failure to do so would cause an unreasonable risk of injury; in failing to use reasonable care under the circumstances; in failing to properly select, install and place said matting or runners; in failing to keep the matting and runners at said premises in a reasonably safe condition for the protection of all persons whose presence was reasonably foreseeable, including the plaintiff herein; in failing to provide safe ingress and egress for persons invited therein; in failing to take reasonable precautions and/or failing to make proper repairs and/or failing to maintain said matting and runners in a proper condition under the circumstances; in failing to attend to a foreseeable risk of injury as a result of an improperly selected, installed and/or

3

FILED: QUEENS COUNTY CLERK 04/02/2021 10:32 AM INDEX NO. 707629/2021
NYSCEF DOC. NO. 4 RECEIVED NYSCEF: 04/02/2021

maintained matting and runners; in failing to hire and/or supervise its servants, agents

and/or employees to whom care of the matting or runners was delegated; in failing to

provide proper lighting; in violating applicable laws ordinances, statutes, rules and

regulations of Nassau County, and the State of New York; in disregarding due care for

the safety of persons lawfully at the premises; in being otherwise careless and negligent

in the premises; and further, plaintiff reserves the right to rely upon the doctrine of *res*

*Ipas loquitur.*

17.     That this action falls within one or more of the exceptions as set forth in

Section 1602 of the CPLR.

18.     That by reason of the foregoing, plaintiff was rendered sick, sore, lame

and disabled and was severely injured internally and externally and suffered injuries to

her person and will continue to suffer physical pain, mental anguish, requiring medical

attention, care and diminished quality of her life, enjoyment thereof and incurred

expenses all to her damage in a sum which exceeds the jurisdictional limits of all lower

courts which would otherwise have jurisdiction.

**WHEREFORE,** plaintiff demands judgment against the defendants in a sum

which exceeds the jurisdictional limits of all lower courts which would otherwise have

jurisdiction, together with costs and disbursements of said action.

Dated: Scarsdale, New York
         April 2, 2021

**RANDAZZO & GIFFORDS, P.C.**
By: Joyce Randazzo
Attorneys for Plaintiff
700 White Plains Road, Suite 381
Scarsdale, New York 10583
(914) 821-6900

4

FILED: QUEENS COUNTY CLERK 04/02/2021 10:32 AM

NYSCEF DOC. NO. 4

INDEX NO. 707629/2021

RECEIVED NYSCEF: 04/02/2021

## ATTORNEY'S VERIFICATION and CERTIFICATION

STATE OF NEW YORK)

COUNTY OF WESTCHESTER )

The undersigned, an attorney duly admitted to practice law in the State of New York, respectfully affirms the truth of the following statements under penalty of perjury and pursuant to Section 2106 of the CPLR:

That she is a member of the law firm of RANDAZZO & GIFFORDS, P.C., attorneys for the plaintiff PATRICIA RIVERS in the within action.

That she has read the foregoing SUPPLEMENTAL SUMMONS AND AMENDED COMPLAINT and knows the contents thereof; that the same is true to she's own knowledge, except as to the matters therein alleged on information and belief, and that as to those matters she believes them to be true. The source of her information consists of records and information contained in the file relating to the said action maintained in the office of the attorney for the plaintiff.

The reason that this Verification is made by her is because the plaintiff is not a resident of the County of Westchester, in which she maintains her office.

The undersigned attorney certifies that, pursuant to 22NYCRR 130-1.1, to the best of her knowledge on information and belief formed after an inquiry reasonable under the circumstances, the presentation of the within document or the contentions therein are not frivolous, as defined in subsection (c) of Section 130-1.1, including that the substance of any factual statement therein is not false.

Dated: Scarsdale, New York
April 2, 2021

_____
JOYCE RANDAZZO

FILED: QUEENS COUNTY CLERK 04/02/2021 10:32 AM

NYSCEF DOC. NO. 4

INDEX NO. 707629/2021

RECEIVED NYSCEF: 04/02/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

INDEX NO.:707629/2021

PATRICIA RIVERS,

Plaintiff,

-against-

DICK'S SPORTING GOODS, INC. and UNIFIRST CORPORATION,

Defendant.

## SUPPLEMENTAL SUMMONS AND AMENDED VERIFIED COMPLAINT

**RANDAZZO & GIFFORDS, P.C.**
*Attorneys for Plaintiff(s)*
*Office and Post Office Address, Telephone*
700 White Plains Road, Suite 381
Scarsdale, New York 10583
(914) 821-6900

Sir:    Please take notice

_____  Notice of Entry
that the within is a (certified) true copy of an Order duly entered in the office of
the Clerk of the within named Court on            2021.

_____  Notice of Settlement
that an Order of which the within is a true copy will be presented for settlement to
the

Hon.           , one of the judges of the within named Court,       , New York on
(*10 days*), 2021  at    a.m.

Dated:
To:

Yours, etc.

**RANDAZZO & GIFFORDS, P.C.**
*Attorneys for Plaintiff(s)*
*Office and Post Office Address*
700 White Plains Road, Suite 381
Scarsdale, New York 10583
(914) 821-6900